**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NAVEZ, PATAIN § Case No. 12-19855
   NAVEZ, REBECCA § 
          §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $171,947.32 *(without deducting any secured claims)* | Assets Exempt: $9,047.32 |
| Total Distribution to Claimants: $6,000.00 | Claims Discharged Without Payment: $255,704.03 |
| Total Expenses of Administration: $1,500.00 | |

  3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,815.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 261,750.00 | 30,220.03 | 30,220.03 | 6,000.00 |
| **TOTAL DISBURSEMENTS** | $642,565.00 | $31,720.03 | $31,720.03 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on May 15, 2012. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2013            By: /s/RICHARD M. FOGEL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - Grandmothers Estate 1/3 Interest | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Co. Inc | 4110-000 | 245,062.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Banking & Savings | 4110-000 | 92,756.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4210-000 | 11,705.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance | 4210-000 | 31,292.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$380,815.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,500.00** | **$1,500.00** | **$1,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Restore Restoration, Inc. | 7100-000 | 5,000.00 | 5,623.44 | 5,623.44 | 1,116.50 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 4,732.00 | 4,686.84 | 4,686.84 | 930.54 |
| 3 | US Department of Education | 7100-000 | 13,445.00 | 13,135.68 | 13,135.68 | 2,608.01 |
| 4 | PYOD, LLC as assignee of Citibank | 7100-000 | 7,089.00 | 6,774.07 | 6,774.07 | 1,344.95 |
| NOTFILED | Premier Credit | 7100-000 | 3,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Tcf Banking & Savings | 7100-000 | 92,756.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Co. Inc | 7100-000 | 120,062.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Fusa | 7100-000 | 8,937.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Patrolmans Federal Credit Union | 7100-000 | 432.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Patrolmans Federal Credit Union | 7100-000 | 6,002.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $261,750.00 | $30,220.03 | $30,220.03 | $6,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-19855  
**Case Name:** NAVEZ, PATAIN  
NAVEZ, REBECCA  
**Period Ending:** 04/03/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/15/12 (f)  
**§341(a) Meeting Date:** 07/18/12  
**Claims Bar Date:** 10/22/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  6322 N. Odell Avenue, Chicago, IL 60631  Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2  Harris Bank Checking  Imported from original petition Doc# 1 | 202.95 | 0.00 | | 0.00 | FA |
| 3  TCF Bank Savings  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4  TCF Bank Savings  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  Bank of America Checking  Imported from original petition Doc# 1 | 168.67 | 0.00 | | 0.00 | FA |
| 6  Premier Credit Union Savings  Imported from original petition Doc# 1 | 25.84 | 0.00 | | 0.00 | FA |
| 7  Chicago Patrolmen's Federal Credit Union Checkin  Imported from original petition Doc# 1 | 167.86 | 0.00 | | 0.00 | FA |
| 8  Chicago Patrolmen's Federal Credit Union Savings  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Security Deposit for rental (Tom Maher, Landlord  Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 10  Misc appliances and furniture  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 11  Misc personal items  Imported from original petition Doc# 1 | 85.00 | 0.00 | | 0.00 | FA |
| 12  Misc clothing  Imported from original petition Doc# 1 | 180.00 | 0.00 | | 0.00 | FA |
| 13  Misc jewelry  Imported from original petition Doc# 1 | 422.00 | 0.00 | | 0.00 | FA |
| 14  Firearms (Police Officer), Camera  Imported from original petition Doc# 1 | 450.00 | 450.00 | | 0.00 | FA |
| 15  Term Life Prudential NO CASH VALUE  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16  Term Life Prudential NO CASH VALUE  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-19855  
**Case Name:** NAVEZ, PATAIN  
NAVEZ, REBECCA  
**Period Ending:** 04/03/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/15/12 (f)  
**§341(a) Meeting Date:** 07/18/12  
**Claims Bar Date:** 10/22/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Inheritance - Grandmothers Estate 1/3 Interest  Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | | 7,500.00 | FA |
| 18 | 2009 Honda Odyssey 27,300 Miles  Imported from original petition Doc# 1 | 16,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 Hyundai Sonata 2,000 Miles  Imported from original petition Doc# 1 | 25,745.00 | 0.00 | | 0.00 | FA |
| 20 | Computer and Printer  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets**  **Totals** (Excluding unknown values) | **$171,947.32** | **$450.00** | | **$7,500.00** | **$0.00** |

RE PROP# 17    Trustee authorized to sell estate's interest in decedent's estate to Michael and Gary Farr per o/c 1-8-13

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    February 8, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-19855  
**Case Name:** NAVEZ, PATAIN  
NAVEZ, REBECCA  
**Taxpayer ID #:** **-***6046  
**Period Ending:** 04/03/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****047866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | {17} | MICHAEL FARR | Sale of debtor's interest in Will of Lillian Farr per o/c 1-8-13 | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/13/13 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 6,000.00 |
| 03/13/13 | 102 | Restore Restoration, Inc. | 19.85% dividend on Claim # 1, Ref: | 7100-000 | | 1,116.50 | 4,883.50 |
| 03/13/13 | 103 | FIA CARD SERVICES, N.A. | 19.85% dividend on Claim # 2, Ref: XXXXXXXXXXXX3202 | 7100-000 | | 930.54 | 3,952.96 |
| 03/13/13 | 104 | US Department of Education | 19.85% dividend on Claim # 3, Ref: XXXXXXXXXXXX6574 | 7100-000 | | 2,608.01 | 1,344.95 |
| 03/13/13 | 105 | PYOD, LLC as assignee of Citibank | 19.85% dividend on Claim # 4, Ref: XXXXXXXX6261 | 7100-000 | | 1,344.95 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****047866** | 7,500.00 | 7,500.00 | 0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 04/03/2013 10:54 AM    V.13.13