**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NAVEZ, PATAIN § Case No. 12-19855
     NAVEZ, REBECCA §
§
§
     Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $171,947.32 | Assets Exempt: | $9,047.32 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,139.78 | Claims Discharged Without Payment: | $478,048.25 |
| Total Expenses of Administration: | $2,515.53 | | |

    3) Total gross receipts of $17,655.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,655.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,815.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,515.53 | $2,515.53 | $2,515.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $493,234.00 | $30,220.03 | $30,220.03 | $15,139.78 |
| **TOTAL DISBURSEMENTS** | $874,049.00 | $32,735.56 | $32,735.56 | $17,655.31 |

4) This case was originally filed under chapter 7 on 05/15/2012. The case was pending for 82 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2019      By: /s/ Richard M. Fogel
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unclaimed property with Illinois State Treasurer | 1249-000 | $10,155.31 |
| Inheritance - Grandmothers Estate 1/3 Interest | 1129-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,655.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | American Honda Finance | 4210-000 | $11,705.00 | NA | NA | NA |
| N/F | Citimortgage Co. Inc | 4110-000 | $245,062.00 | NA | NA | NA |
| N/F | Hyundai Motor Finance | 4210-000 | $31,292.00 | NA | NA | NA |
| N/F | TCF Banking & Savings | 4110-000 | $92,756.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$380,815.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2100-000 | NA | $2,515.53 | $2,515.53 | $2,515.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,515.53** | **$2,515.53** | **$2,515.53** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Restore Restoration, Inc. | 7100-000 | $5,000.00 | $5,623.44 | $5,623.44 | $2,817.26 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | $4,732.00 | $4,686.84 | $4,686.84 | $2,348.04 |
| 3 | US Department of Education | 7100-000 | $13,445.00 | $13,135.68 | $13,135.68 | $6,580.78 |
| 4 | PYOD, LLC as assignee of Citibank | 7100-000 | $7,089.00 | $6,774.07 | $6,774.07 | $3,393.70 |
| N/F | Chase Fusa | 7100-000 | $8,937.00 | NA | NA | NA |
| N/F | Chase Fusa | 7100-000 | $8,937.00 | NA | NA | NA |
| N/F | Chicago Patrolmans Federal Credit Union | 7100-000 | $432.00 | NA | NA | NA |
| N/F | Chicago Patrolmans Federal Credit Union | 7100-000 | $432.00 | NA | NA | NA |
| N/F | Chicago Patrolmans Federal Credit Union | 7100-000 | $6,002.00 | NA | NA | NA |
| N/F | Chicago Patrolmans Federal Credit Union | 7100-000 | $6,002.00 | NA | NA | NA |
| N/F | Citimortgage Co. Inc | 7100-000 | $120,062.00 | NA | NA | NA |
| N/F | Citimortgage Co. Inc | 7100-000 | $120,062.00 | NA | NA | NA |
| N/F | Premier Credit | 7100-000 | $3,295.00 | NA | NA | NA |
| N/F | Premier Credit | 7100-000 | $3,295.00 | NA | NA | NA |
| N/F | Tcf Banking & Savings | 7100-000 | $92,756.00 | NA | NA | NA |
| N/F | Tcf Banking & Savings | 7100-000 | $92,756.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$493,234.00** | **$30,220.03** | **$30,220.03** | **$15,139.78** |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 12-19855
Case Name: NAVEZ, PATAIN
NAVEZ, REBECCA
For Period Ending: 03/11/2019

Trustee Name: (330720) Richard M. Fogel
Date Filed (f) or Converted (c): 05/15/2012 (f)
§ 341(a) Meeting Date: 07/18/2012
Claims Bar Date: 10/22/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6322 N. Odell Avenue, Chicago, IL 60631 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank Checking | 202.95 | 0.00 | | 0.00 | FA |
| 3 | TCF Bank Savings | 0.00 | 0.00 | | 0.00 | FA |
| 4 | TCF Bank Savings | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America Checking | 168.67 | 0.00 | | 0.00 | FA |
| 6 | Premier Credit Union Savings | 25.84 | 0.00 | | 0.00 | FA |
| 7 | Chicago Patrolmen's Federal Credit Union Checkin | 167.86 | 0.00 | | 0.00 | FA |
| 8 | Chicago Patrolmen's Federal Credit Union Savings | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Security Deposit for rental (Tom Maher, Landlord) | 1,800.00 | 0.00 | | 0.00 | FA |
| 10 | Misc appliances and furniture | 1,100.00 | 0.00 | | 0.00 | FA |
| 11 | Misc personal items | 85.00 | 0.00 | | 0.00 | FA |
| 12 | Misc clothing | 180.00 | 0.00 | | 0.00 | FA |
| 13 | Misc jewelry | 422.00 | 0.00 | | 0.00 | FA |
| 14 | Firearms (Police Officer), Camera | 450.00 | 450.00 | | 0.00 | FA |
| 15 | Term Life Prudential NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Term Life Prudential NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 17* | Inheritance - Grandmothers Estate 1/3 Interest (See Footnote) | Unknown | 0.00 | | 7,500.00 | FA |
| 18 | 2009 Honda Odyssey 27,300 Miles | 16,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 Hyundai Sonata 2,000 Miles | 25,745.00 | 0.00 | | 0.00 | FA |
| 20 | Computer and Printer | 100.00 | 0.00 | | 0.00 | FA |
| 21 | Unclaimed property with Illinois State Treasurer (u) | 0.00 | 10,155.31 | | 10,155.31 | FA |
| 21 | **Assets Totals (Excluding unknown values)** | **$171,947.32** | **$10,605.31** | | **$17,655.31** | **$0.00** |

RE PROP# 17   Trustee authorized to sell estate's interest in decedent's estate to Michael and Gary Farr per o/c 1-8-13

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 12-19855  
**Case Name:** NAVEZ, PATAIN  
NAVEZ, REBECCA  

**For Period Ending:** 03/11/2019

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 05/15/2012 (f)  
**§ 341(a) Meeting Date:** 07/18/2012  
**Claims Bar Date:** 10/22/2012

**Major Activities Affecting Case Closing:**

> 3/31/18- Case was reopened on 1/11/18 to administer unscheduled insurance settlement. Trustee has initiated turnover process with Illinois Treasurer's office.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013   **Current Projected Date Of Final Report (TFR):** 11/27/2018 (Actual)

**Form 2**

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 12-19855 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | NAVEZ, PATAIN / NAVEZ, REBECCA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6046 | Account #: | ******7866 Checking Account |
| For Period Ending: | 03/11/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/13 | {17} | MICHAEL FARR | Sale of debtor's interest in Will of Lillian Farr per o/c 1-8-13 | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/13/13 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 6,000.00 |
| 03/13/13 | 102 | Restore Restoration, Inc. | 19.85% dividend on Claim # 1, Ref: | 7100-000 | | 1,116.50 | 4,883.50 |
| 03/13/13 | 103 | FIA CARD SERVICES, N.A. | 19.85% dividend on Claim # 2, Ref: XXXXXXXXXXXX3202 | 7100-000 | | 930.54 | 3,952.96 |
| 03/13/13 | 104 | US Department of Education | 19.85% dividend on Claim # 3, Ref: XXXXXXXXXXX6574 | 7100-000 | | 2,608.01 | 1,344.95 |
| 03/13/13 | 105 | PYOD, LLC as assignee of Citibank | 19.85% dividend on Claim # 4, Ref: XXXXXXXX6261 | 7100-000 | | 1,344.95 | 0.00 |
| | | | **COLUMN TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-19855 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | NAVEZ, PATAIN<br>NAVEZ, REBECCA | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8000 Checking- Supplemental |
| Taxpayer ID #: | **-***6046 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/11/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/18 | {21} | Susana A Mendoza, Treasurer | Unclaimed property- insurance settlement | 1249-000 | 10,155.31 | | 10,155.31 |
| 12/20/18 | 1001 | RICHARD M. FOGEL | Combined trustee compensation & expense dividend payments. | 2100-000 | | 1,015.53 | 9,139.78 |
| 12/20/18 | 1002 | Restore Restoration, Inc. | Distribution payment - Dividend paid at 30.24% of $5,623.44; Claim # 1; Filed: $5,623.44 | 7100-000 | | 1,700.76 | 7,439.02 |
| 12/20/18 | 1003 | FIA CARD SERVICES, N.A. | Distribution payment - Dividend paid at 30.24% of $4,686.84; Claim # 2; Filed: $4,686.84 | 7100-000 | | 1,417.50 | 6,021.52 |
| 12/20/18 | 1004 | US Department of Education | Distribution payment - Dividend paid at 30.24% of $13,135.68; Claim # 3; Filed: $13,135.68 | 7100-000 | | 3,972.77 | 2,048.75 |
| 12/20/18 | 1005 | PYOD, LLC as assignee of Citibank | Distribution payment - Dividend paid at 30.24% of $6,774.07; Claim # 4; Filed: $6,774.07 | 7100-000 | | 2,048.75 | 0.00 |
| | | **COLUMN TOTALS** | | | 10,155.31 | 10,155.31 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 10,155.31 | 10,155.31 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$10,155.31** | **$10,155.31** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 12-19855 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | NAVEZ, PATAIN<br>NAVEZ, REBECCA | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***6046 | **Account #:** | ******8000 Checking- Supplemental | |
| | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** 03/11/2019 | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7866 Checking Account | $7,500.00 | $7,500.00 | $0.00 |
| ******8000 Checking- Supplemental | $10,155.31 | $10,155.31 | $0.00 |
| | **$17,655.31** | **$17,655.31** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)